IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 JUN 24 PH 3: 10
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| CHARLES PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 02-H-0644-S |
| | ) | |
| COI BLETCHER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
**JUN 24 2003**

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 16, 2003, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed for failing to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on May 27, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 24th day of _____June_____, 2003.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

